THE ÆTNA CASUALTY AND SURETY COMPANY, Appellant, *v.* BOWERY AND EAST RIVER NATIONAL BANK OF NEW YORK, Respondent.

(Submitted June 6, 1930; decided July 8, 1930.)

*Edward G. Griffin* for appellant.

*Curt H. G. Heinfelden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.